IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| E.B., | Case No. 3:14 CV 1230 |
| Plaintiff, | |
| | O R D E R |
| -vs- | |
| | JUDGE JACK ZOUHARY |
| Educational Service Center of Lake Erie West, et al., | |
| Defendants. | |

This Court held a Phone Status on July 7, 2015. Counsel present: Bob Cole, Mark Heller, and Karen Wu for Plaintiff; Drew Rudloff and Brian Wildermuth for Defendants Educational Service Center of Lake Erie West and Mike Smurr; Michael Gilbride for Defendant Lutheran Home Society, Inc.

Discovery is ongoing. At the parties' request, and for good cause shown, trial is now set for **Tuesday, March 22, 2016**. Plaintiff shall provide expert reports by **November 15, 2015**; Defendants by **December 15, 2015**.

Further phone status set for **Tuesday, November 10, 2015 at 2:00 p.m.** Parties should make a good faith effort to explore settlement in the interim, before the costs of expert discovery mount. Parties should contact Chambers if they require court assistance in settlement discussions.

Parties shall use the district court conference line for the November call; this court will provide updated conference line information prior to the call.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

July 7, 2015