IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

E.B.,      Case No. 3:14 CV 1230

    Plaintiff,      <u>DISMISSAL ORDER</u>

    -vs-      JUDGE JACK ZOUHARY

Educational Service Center
  of Lake Erie West, et al.,

    Defendants.

Counsel represent that this case has resolved. Therefore, the docket is marked: "Settled and dismissed without prejudice. Each party is to bear its own costs."

Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within thirty (30) days shall supersede this Order. This Court also retains jurisdiction to enforce the terms of any settlement.

IT IS SO ORDERED.

                                         s/ *Jack Zouhary*
                                         JACK ZOUHARY
                                         U. S. DISTRICT JUDGE

                                         October 20, 2015