UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| E.B., | : | CASE NO. 3:2014-CV-01230 |
| | : | |
| Plaintiff, | : | JUDGE JACK ZOUHARY |
| v. | : | |
| | : | MAGISTRATE JAMES R. KNEPP II |
| EDUCATIONAL SERVICE CENTER | : | |
| OF LAKE ERIE WEST, et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed, by and between the parties, that all claims shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

In accordance with the Court's Dismissal Order, dated October 20, 2015, each party is to bear its own costs, and the Court retains jurisdiction to enforce the terms of any settlement.

Respectfully submitted,

/s/ Robert A. Cole
_____
Robert A. Cole (0083053)
rcole@ablelaw.org
Mark Heller (0027027)
Karen Wu (0077736)
ADVOCATES FOR BASIC LEGAL
EQUALITY, INC.
525 Jefferson Avenue, Ste. 300
Toledo, Ohio 43604
(419) 255-0814
FAX (419) 259-2880
*Attorneys for Plaintiff, E.B.*

1

/s/ Michael P. Gilbride
_____
Michael P. Gilbride (0062471)
mgilbride@reminger.com
REMINGER CO., L.P.A.
237 W. Washington Row, Second Floor
Sandusky, Ohio 44870
(419) 609-1311
FAX (419) 626-4805
*Attorney for Defendant,*
*Lutheran Homes Society, Inc.*

/s/ Brian L. Wildermuth
_____
Brian L. Wildermuth (0066303)
bwildermuth@swohiolaw.com
Andrew E. Rudloff (0079750)
arudloff@swohiolaw.com
SUBASHI & WILDERMUTH
50 Chestnut Street, Suite 230
Dayton, Ohio 45440
(937) 427-8800
FAX (937) 427-8816
*Attorneys for Defendants, Educational Service*
*Center of Lake Erie West and Michael Smurr*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2016, a copy of the foregoing Joint Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

/s/ Robert A. Cole
_____
Robert A. Cole (0083053)
Mark Heller (0027027)
Karen Wu (0077736)